**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lupe Pena Garcia,  )<br>  )<br>    Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Joseph Arpaio, et al.,  )<br>  )<br>    Defendants.  )<br>_____) | No. CIV 05-1731-PHX-SMM (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendant's[1] Motion for Summary Judgment (Doc. #55), filed July 26, 2007, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion for Summary Judgment (Doc. #55). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 30th day of August, 2007.

Stephen M. McNamee
United States District Judge

---

[1] Arpaio.